# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TRACY HERTEL, | ) |
|         Petitioner, | ) |
| v. | )   CAUSE NO. 3:10-CV-331-TS |
| SUPERINTENDENT, | ) |
|         Respondent. | ) |

## ORDER

Tracy Hertel, a prisoner proceeding pro se, has filed a second motion for leave to proceed *in forma pauperis* on appeal. [ECF No. 13.] This Court denied Hertel's first request to proceed *in forma pauperis* on appeal because his appeal is not taken in good faith. [ECF No. 9.] For the same reasons articulated in the prior order, the Motion [ECF No. 13] is **DENIED**.

SO ORDERED on October 13, 2010.

                                                s/ Theresa L. Springmann
                                                THERESA L. SPRINGMANN
                                                UNITED STATES DISTRICT COURT
                                                FORT WAYNE DIVISION